**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 16−10615−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Matthew Briggs
   17085 Brookhouser Road
   Saegertown, PA 16433

Social Security No.:
   xxx−xx−4357

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number: 814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>November 29, 2016<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>November 29, 2016<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/4/16

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-10615-TPA
Matthew Briggs                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: mgut              Page 1 of 2             Date Rcvd: Oct 04, 2016
                               Form ID: rsc13          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
```
db             +Matthew Briggs,    17085 Brookhouser Road,    Saegertown, PA 16433-3605
14272468        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
14251510       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14251511       +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
14251512       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
14274933        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14251513       +Chase,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14251514       +Citibank / Best Buy,    Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
14255804       +National Enterprise Systems,    2479 Edison Boulevard,    Unit A,   Twinsburg, OH 44087-2476
14275065        Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
14251521       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR-YB58-01-5,    Cleveland, OH 44101-0570
14251520       +Pnc Bank,    249 5th Avenue,    Suite 30,    Pittsburgh, PA 15222-2707
14251522       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14251525       +Target,    C/O Financial & Retail Services,    Mailstop BT,    PO Box 9475,
                 Minneapolis, MN 55440-9475
14251526        We Florida Financial,    1982 North State Road,    Margate, FL 33063
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2016 02:14:30     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 02:18:19
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14260789        E-mail/Text: ally@ebn.phinsolutions.com Oct 05 2016 02:13:55     Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14251509       +E-mail/Text: ally@ebn.phinsolutions.com Oct 05 2016 02:13:55     Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
14251516       +E-mail/Text: cio.bncmail@irs.gov Oct 05 2016 02:14:11     Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14296814        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2016 02:18:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14251518       +E-mail/PDF: pa_dc_claims@navient.com Oct 05 2016 02:18:17     Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
14251519       +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 05 2016 02:15:21     Navy Federal Credit Union,
                 Po Box 3000,    Merrifield, VA 22119-3000
14257056        E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 02:19:52
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14251523       +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 02:18:59     Synchrony Bank / JCPenneys,
                 Po Box 965064,    Orlando, FL 32896-5064
14251524       +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 02:18:14     Synchrony Bank / Lowes,
                 Po Box 965064,    Orlando, FL 32896-5064
14296427       +E-mail/Text: bncmail@w-legal.com Oct 05 2016 02:14:47     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14251517*      +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,   Room 806,
                 Pittsburgh, PA 15222-4027
14251515*       Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                       TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: mgut                 Page 2 of 2            Date Rcvd: Oct 04, 2016
                              Form ID: rsc13             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Matthew  Briggs dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```