FILED
12/8/16 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: BRIGGS _____ JAD/**TPA**/CMB/GLT
Date of Meeting: 11/21/16
Case Number: 16-10615   Recording # _____
Debtor(s) present ___ or Not Present ✓  (___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) FOSTER _____  (Present ✓ or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

Debtor's atty states that the debtor wants to have case dismissed. Trustee has no objection & so moves.

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                       _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

✓ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
       _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee