Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Matthew Briggs** | : | Case No. 16−10615−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per November 29, 2016 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **9th day of December, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 16-10615-TPA
Matthew Briggs                                                      Chapter 13
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: vson                  Page 1 of 2                  Date Rcvd: Dec 09, 2016
                               Form ID: 309                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db             +Matthew Briggs,    17085 Brookhouser Road,    Saegertown, PA 16433-3605
14251514       +Citibank / Best Buy,    Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
14305033       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14255804       +National Enterprise Systems,    2479 Edison Boulevard,    Unit A,    Twinsburg, OH 44087-2476
14306053        Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
14275065        Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
14324865       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND,OH 44101-4982
14251521       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR-YB58-01-5,    Cleveland, OH 44101-0570
14325545       +PNC Bank, National Association,    c/o PNC Mortgage,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14251520       +Pnc Bank,    249 5th Avenue,    Suite 30,    Pittsburgh, PA 15222-2707
14251522       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14251526        We Florida Financial,    1982 North State Road,    Margate, FL 33063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Dec 10 2016 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14260789        EDI: GMACFS.COM Dec 10 2016 01:23:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
14251509       +EDI: GMACFS.COM Dec 10 2016 01:23:00      Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
14272468        EDI: BECKLEE.COM Dec 10 2016 01:23:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14251510       +EDI: AMEREXPR.COM Dec 10 2016 01:23:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
14251511       +EDI: TSYS2.COM Dec 10 2016 01:23:00      Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
14251512       +EDI: CAPITALONE.COM Dec 10 2016 01:23:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14274933        EDI: CAPITALONE.COM Dec 10 2016 01:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14251513       +EDI: CHASE.COM Dec 10 2016 01:23:00      Chase,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
14251516       +EDI: IRS.COM Dec 10 2016 01:23:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14296814        EDI: RESURGENT.COM Dec 10 2016 01:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14251518       +EDI: NAVIENTFKASMSERV.COM Dec 10 2016 01:23:00      Navient,    Attn: Claims Dept,    Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
14251519       +EDI: NFCU.COM Dec 10 2016 01:23:00      Navy Federal Credit Union,    Po Box 3000,
                 Merrifield, VA 22119-3000
14325285        EDI: PRA.COM Dec 10 2016 01:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14257056        EDI: RECOVERYCORP.COM Dec 10 2016 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14251523       +EDI: RMSC.COM Dec 10 2016 01:23:00      Synchrony Bank / JCPenneys,    Po Box 965064,
                 Orlando, FL 32896-5064
14251524       +EDI: RMSC.COM Dec 10 2016 01:23:00      Synchrony Bank / Lowes,    Po Box 965064,
                 Orlando, FL 32896-5064
14296427       +E-mail/Text: bncmail@w-legal.com Dec 10 2016 01:36:55      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14251525       +EDI: WTRRNBANK.COM Dec 10 2016 01:23:00      Target,    C/O Financial & Retail Services,
                 Mailstop BT,    PO Box 9475,    Minneapolis, MN 55440-9475
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14251517*      +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                 Pittsburgh, PA 15222-4027
14251515*       Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1           User: vson                  Page 2 of 2                  Date Rcvd: Dec 09, 2016
                               Form ID: 309                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Matthew  Briggs dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Joshua I. Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 4
```