**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10615-TPA |
| | : | |
| **Matthew Briggs,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Matthew Briggs,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **ITU AbsorbTech Inc,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 12, 2016            By: /s/ Clarissa Bayhurst
                                          CLARISSA BAYHURST, PARALEGAL
                                          FOSTER LAW OFFICES
                                          Po Box 966
                                          Meadville, PA 16335
                                          Tel 814.724.1165
                                          Fax 814.724.1158

\*Parties served by the court electronically were not served by regular mail

## MATRIX

**ITU ABSORBTECH INC**
**2700 SOUTH 160TH STREET**
**NEW BERLIN WI 53151**