**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MATTHEW BRIGGS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:16-10615 TPA <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/28/2016 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 22,139.22 |
| Less Refunds to Debtor | 21,344.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 794.74 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 794.74 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 794.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9153 | | | | |
| PNC BANK NA | 13,585.68 | 0.00 | 0.00 | 0.00 |
| Acct: 9153 | | | | |
| ALLY BANK(*) | 16,126.59 | 0.00 | 0.00 | 0.00 |
| Acct: 9887 | | | | |
| | * * * N O N E * * * | | | |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW BRIGGS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 2,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW BRIGGS | 18,421.67 | 18,421.67 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MATTHEW BRIGGS | 2,922.81 | 2,922.81 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 7,800.05 | 0.00 | 0.00 | 0.00 |
| Acct: 4357 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC | 2,179.29 | 0.00 | 0.00 | 0.00 |
| Acct: 5516 | | | | |
| INTERNAL REVENUE SERVICE* | 12,091.23 | 0.00 | 0.00 | 0.00 |
| Acct: 4357 | | | | |
| AMERICAN EXPRESS BANK FSB | 8,105.76 | 0.00 | 0.00 | 0.00 |
| Acct: 2000 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 9,505.02 | 0.00 | 0.00 | 0.00 |
| Acct: 7577 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 9,219.57 | 0.00 | 0.00 | 0.00 |
| Acct: 7583 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 8,024.79 | 0.00 | 0.00 | 0.00 |
| Acct: 9619 | | | | |
| CAPITAL ONE BANK NA** | 8,247.97 | 0.00 | 0.00 | 0.00 |
| Acct: 8114 | | | | |
| CAPITAL ONE BANK NA** | 1,721.25 | 0.00 | 0.00 | 0.00 |
| Acct: 6270 | | | | |
| CAPITAL ONE BANK NA** | 1,658.61 | 0.00 | 0.00 | 0.00 |
| Acct: 0740 | | | | |
| CAPITAL ONE BANK NA** | 1,424.05 | 0.00 | 0.00 | 0.00 |
| Acct: 0955 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6339 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5644 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5266 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1891 | | | | |
| LVNV FUNDING LLC | 8,132.01 | 0.00 | 0.00 | 0.00 |
| Acct: 3890 | | | | |
| NAVIENT SOLUTIONS INC O/B/O ECMC | 78,299.19 | 0.00 | 0.00 | 0.00 |
| Acct: 4357 | | | | |
| NAVIENT SOLUTIONS INC | 17,046.61 | 0.00 | 0.00 | 0.00 |
| Acct: 4357 | | | | |
| NAVIENT SOLUTIONS INC | 16,874.22 | 0.00 | 0.00 | 0.00 |
| Acct: 4357 | | | | |
| NAVIENT SOLUTIONS INC | 16,856.06 | 0.00 | 0.00 | 0.00 |
| Acct: 4357 | | | | |
| NAVIENT SOLUTIONS INC | 9,892.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4357 | | | | |
| NAVY FEDERAL CREDIT UNION* | 15,525.42 | 0.00 | 0.00 | 0.00 |
| Acct: 4867 | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NAVY FEDERAL CREDIT UNION* | 11,979.46 | 0.00 | 0.00 | 0.00 |
| Acct: 4778 | | | | |
| PNC BANK NA | 13,426.63 | 0.00 | 0.00 | 0.00 |
| Acct: 1523 | | | | |
| MIDLAND FUNDING LLC | 3,844.32 | 0.00 | 0.00 | 0.00 |
| Acct: 5667 | | | | |
| TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9520 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | WE FLORIDA FINANCIAL | 5,392.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 6405 | | | | |
| | TD BANK USA NA** | 3,584.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 2090 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                                           0.00

TOTAL CLAIMED
PRIORITY            7,800.05
SECURED         29,712.27
UNSECURED     263.030.64

Date: 02/13/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com